THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Diamond Jack Harley, Appellant.
 
 
 

Appeal From Orangeburg County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-564
Submitted November 1, 2004  Filed November 
 8, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all 
 of Columbia; Solicitor Walter M. Bailey, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Diamond Jack Harley appeals his conviction for assaulting 
 a police officer while resisting arrest.  Counsel for Harley attached to the 
 final brief a petition to be relieved as counsel.  Harley filed a separate pro 
 se response.  
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Harleys appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.